**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| **GRACE LABEL CO., INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:22-cv-00145-SMR-SHL |
| vs. | ) | |
| | ) | |
| **SMYTH COMPANIES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER AND COUNTERCLAIM**

**ANSWER**

Defendant Smyth Companies, LLC ("Defendant" or "Smyth") for its Answer to Plaintiff Grace Label Co., Inc.'s ("Plaintiff's" or "Grace's") Petition, states and alleges:

1. Smyth admits the allegations in Paragraph 1.

2. Smyth admits the allegations in Paragraph 2.

3. In response to Paragraph 3, Smyth admits that it submitted purchase orders to Grace for the purchase of goods, states that some of these purchase orders were issued in April and May of 2021, admits that it received from Grace the statement and invoices attached as Exhibit A to the Petition, states that it seasonably objected to certain invoiced amounts based on Grace's tender of nonconforming goods, and denies any remaining allegations in Paragraph 3 to the extent they are inconsistent with the foregoing.

4. Defendant admits the allegations in Paragraph 4 upon information and belief.

5. In response to Paragraph 5, Defendant admits that it has not paid all amounts invoiced by Grace, denies that said amounts are due and owing, and denies any remaining allegations in Paragraph 5.

6.      In response to Paragraph 6, Defendant admits that it has not paid the amount of $111,668.80, denies that said amount is due and owing, and denies any remaining allegations in Paragraph 6.

## AFFIRMATIVE DEFENSES

1.      Grace's Petition fails to state a claim for relief.

2.      Grace has waived any right to recover the full amount claimed above by issuing a credit memo to account for the tender of non-conforming goods.

3.      Grace has failed to mitigate its damages, if any.

4.      Smyth reserves the right to raise additional affirmative and other defenses as may be established by discovery and the evidence in this case.

## COUNTERCLAIM

Defendant and Counter-Plaintiff Smyth Companies, LLC ("Smyth") asserts the following counterclaim against Plaintiff and Counter-Defendant Grace Label Co., Inc. ("Grace") and alleges as follows:

1.      Smyth and Grace entered into a contract for the sale of specially manufactured goods (the "Labels") where Grace was the seller and Smyth was the buyer.

2.      Grace is a merchant with respect to the Labels because Grace deals in goods of the kind and holds itself out as having knowledge and skill peculiar to custom printed labels.

3.      Pursuant to the parties' contract, Grace was to make delivery of the Labels in several lots.

4.      In order to establish the standard to be met for the Labels to conform to the parties' contract, Smyth provided Grace with proofs of conforming labels, which proofs were made part of the basis of the parties' bargain. Grace therefore expressly warranted that the Labels would conform to the proofs Smyth provided.

5. As a merchant printer of custom labels, Grace impliedly warranted that the Labels would be merchantable in that they would pass without objection in the trade under the contract description, would be fit for the ordinary purposes for which such goods are used, and would run of even quality within each unit and among all units involved.

6. Grace knew that the Labels would be affixed to containers of consumer goods sold by retailers across the United States and impliedly warranted that the Labels would be fit for this particular purpose.

7. Grace tendered several lots of Labels to Smyth.

8. Upon inspection, Smyth discovered that Labels within these lots did not conform to the parties' contract due to quality issues.

9. Smyth seasonably notified Grace that Smyth was rejecting certain Labels tendered by Grace and specifically stated the defects justifying rejection.

10. Smyth tendered payment to Grace for the Labels it accepted.

11. At the time Smyth notified Grace of the defects in the Labels Grace had already tendered, the parties' contract called for future deliveries from Grace.

12. Smyth worked with Grace in an effort to ascertain Grace's ability to produce conforming Labels.

13. Through these efforts, Smyth reasonably concluded that Grace was unable to produce conforming Labels.

14. Following its reasonable conclusion that Grace was unable to produce conforming Labels, Smyth cancelled the contract for future deliveries.

15. Smyth then made purchases and incurred expenses to obtain labels in substitution to those due from Grace.

133154985.1

16. Smyth reasonably incurred expenses in inspection, receipt, transportation, and care and custody of the Labels it rejected.

17. Grace knew that Smyth intended to resell the Labels to third parties for a profit. As a result of Grace's failure to deliver conforming Labels, Smyth lost profits on its intended resales.

## COUNT I – BREACH OF CONTRACT

18. Smyth incorporates by reference the preceding paragraphs as though fully set forth herein.

19. Grace and Smyth entered into a binding and enforceable contract.

20. Smyth performed all conditions precedent to the contract's enforcement.

21. Grace breached the parties' contract by failing to supply conforming Labels.

22. As a result of Grace's breaches, Smyth suffered damages, including damages to cover for Grace's failure to perform, incidental damages, and consequential damages, all in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant/Counter-Plaintiff Smyth Companies, LLC respectfully requests that the Court grant the following:

1. Dismissing all claims in Plaintiff's Petition with prejudice;

2. Entering judgment for Defendant/Counter-Plaintiff on its counterclaim;

3. Awarding Defendant/Counter-Plaintiff its costs and disbursements, and any recoverable prejudgment interest; and

4. Awarding Defendant/Counter-Plaintiff such other and further relief as the Court deems just and equitable.

133154985.1

Dated: May 9, 2022

                      Respectfully Submitted,

                      /s/ Wesley T. Graham
                      Wesley T. Graham    AT0011184
                      DUNCAN GREEN, P.C.
                      400 Locust Street, Suite 380
                      Des Moines, IA  50309
                      Telephone:  (515) 288-6440
                      Facsimile:  (515) 288-6448
                      wtgraham@duncangreenlaw.com
                      ATTORNEYS FOR DEFENDANT
                      SMYTH COMPANIES, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties via the Court's CM/ECF system.

                      /s/ Wesley T. Graham

133154985.1